**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WALTER LYTLE,<br><br>    Petitioner,<br><br>  v.<br><br>ED S. ALAMEIDA, JR.,<br>Director of California<br>Dept. of Corrections,<br><br>    Respondent.               / | No. C 03-4414 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Respondent has filed an <u>ex parte</u> application for an extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney David Rose, the court GRANTS respondent's application. (Docket # 47.) Respondent must file and serve his answer no later than **July 13, 2007**. Petitioner must file and serve his traverse no later than **August 17, 2007**.

IT IS SO ORDERED.

DATED: June 7, 2007

                                                                   _____
                                                                         SUSAN ILLSTON<br>
                                                                    United States District Judge