UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WALTER LYTLE,<br><br>    Petitioner,<br><br>  v.<br><br>ED S. ALAMEIDA, JR.,<br>Director of California<br>Dept. of Corrections,<br><br>    Respondent.               / | No. C 03-4414 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

    Respondent has filed a second ex parte application for an extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney David Rose, the court GRANTS respondent's application. (Docket # 49.) Respondent must file and serve his answer no later than **August 17, 2007**. Petitioner must file and serve his traverse no later than **September 21, 2007**.

    IT IS SO ORDERED.

DATED: July 13, 2007

                                                           _____<br>
                                                            SUSAN ILLSTON<br>
                                                    United States District Judge