1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY WALTER LYTLE,                          No. C 03-4414 SI (pr)

      Petitioner,                          **JUDGMENT**

    v.

ED S. ALAMEIDA, JR.,
Director of California
Dept. of Corrections,

      Respondent.
_____/

The second amended petition for writ of habeas corpus is denied on the merits.


IT IS SO ORDERED AND ADJUDGED.


DATED:   November 7, 2007          _____
                                              SUSAN ILLSTON
                                       United States District Judge