UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY WALTER LYTLE,                                    No. C 03-4414 SI (pr)

          Petitioner,                                    **ORDER**

     v.

ED S. ALAMEIDA, JR.,
Director of California
Dept. of Corrections,

          Respondent.
                                                /

        Petitioner filed a request for a certificate of appealability, which the court construes to also be a notice of appeal. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); Tinsley v. Borg, 895 F.2d 520, 523 (9th Cir. 1990). The certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). That is, he has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000). The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

        IT IS SO ORDERED.

DATED: December 3, 2007

                                                                                    SUSAN ILLSTON
                                                                     United States District Judge