UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WALTER LYTLE, | No. C 03-4414 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| ED S. ALAMEIDA, JR., Director of California Dept. of Corrections, | |
| Respondent. | |

Petitioner's motion to proceed in forma pauperis on appeal is DENIED for failure to provide the information required by Federal Rule of Appellate Procedure 24(a)(1)(A) - (C). (Docket # 61.) This denial is without prejudice to him filing a request in the Ninth Circuit Court of Appeals to proceed in forma pauperis on appeal. See Fed. R. App. P. 24(a)(5).

IT IS SO ORDERED.

DATED: January 8, 2008

_____
SUSAN ILLSTON
United States District Judge